IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-cv-430-FL

| | |
|---|---|
| RICKY TURNER, )<br>    Plaintiff )<br>)<br>)<br>    vs. )<br>)<br>MICHAEL ASTRUE, )<br>Commissioner of Social )<br>Security, )<br>    Defendant ) | O R D E R |

Upon Application of the Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay the sum of $3,499.99 to Plaintiff's attorney in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412(d). Upon payment of such sum this case is dismissed with prejudice.

SO ORDERED this 18th day of May, 2011.

_____
Louise Wood Flanagan
Chief Judge
United States District Court

Consented To:

| | |
|---|---|
| /s/ Vaughn S. Clauson | /s/ Mary Ellen Russell |
| Vaughn S. Clauson | Mary Ellen Russell |
| Attorney for Plaintiff | Special Assistant United States Attorney |
| N.C. State Bar Number: 23041 | Social Security Administration |
| The Clauson Law Firm, PLLC | Office of the General Counsel |
| P.O. Box 110205 | Room 617, Altmeyer Building |
| Durham, NC 27709 | 6401 Security Blvd. |
| Telephone: (919) 794-8676 | Baltimore, MD 21235-6401 |
| Fax: (919) 256-5190 | Tel: (410) 966-6388 |
| vaughn@clausonlaw.com | Fax: (410) 597-0137 |
| | Mary.Ellen.Russell@ssa.gov |